# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ALBERT WILLIAMS,                          :
                                          :
      Petitioner,                   :
                                          :
      v.                             :          CIVIL ACTION NO.: CV210-180
                                          :
ANTHONY HAYNES, Warden, and               :
FEDERAL BUREAU OF PRISONS,                :
                                          :
      Respondents.                  :


## O R D E R

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Williams reiterates that he believes his sentence was improperly enhanced under 18 U.S.C. § 924(e). He claims this enhancement exceeds the statutory maximum of ten years proscribed for a violation of 18 U.S.C. § 922(g). Based on the Supreme Court's holding in Begay v. United States, 553 U.S. 137 (2008), Williams claims his prior convictions for cocaine possession and aggravated assault should not count as violent felonies contributing toward his armed career criminal status.

As discussed in Gilbert v. United States, 640 F.3d 1293 (11th Cir. 2011), and in the Magistrate Judge's Report, arguing that one's sentencing enhancement under 18 U.S.C. § 924(e) is invalid in a § 2241 motion, is an attack on a sentence—not an attack

on a conviction. The Eleventh Circuit has concluded that a petitioner is foreclosed from challenging his sentence, rather than his conviction, using 28 U.S.C. § 2255(e)'s savings clause. Id. The Magistrate Judge was correct in finding it unnecessary to examine the merits of Williams' petition.

Williams' Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Wiliams' 28 U.S.C. § 2241 Petition is **DISMISSED**.

**SO ORDERED**, this ____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA